UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PHILLIP REED, #57959177, Movant, | § § § § | |
| v. | § § | CIVIL NO. 3:22-CV-1683-B-BK (CRIMINAL NO. 3:18-CR-194-B-2) |
| UNITED STATES OF AMERICA, Respondent. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 14th day of September, 2022.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE